IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARCUS ANTONIO SATTERFIELD,     )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:23-cv-144
                                )
OFFICER T.J. KNAUB, Police      )
Officer of the R.P.D.           )
Roxboro, and ROXBORO            )
POLICE DEPARTMENT,              )
                                )
          Defendants.           )
```

### **ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on February 16, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 16.) The Recommendation was served on the parties on February 16, 2024. (Doc. 17.) Plaintiff timely filed objections to the Recommendation, (Doc. 20).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."

The Court has appropriately reviewed the Recommendation and Plaintiff's objections and has made a <u>de novo</u> determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 16), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant Roxboro Police Department is **DISMISSED** from this action, and the Bivens claim against Defendant Knaub is **DISMISSED**. (<u>See</u> Doc. 6.)

**IT IS FURTHER ORDERED** that Plaintiff's motions entitled "Motions to Amend the City of Roxboro to Civil suit and extend the deadline to serve summons against the City of Roxboro Police Department," (Doc. 7), "Motion to Amend Party In original Complaint. Chief of Police David Hess and Add Complaint," (Doc. 11), and "Motion to Add Defendants (parties) Chief of Police David Hess and Amend Complaint! Official Capacity," (Doc. 13), are **DENIED**.

This the 14th day of March, 2024.

/s/ William L. Osteen, Jr.
United States District Judge