IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARCUS ANTONIO SATTERFIELD        )
                                  )
          Plaintiff,              )
                                  )
     v.                           )      1:23-cv-144
                                  )
OFFICER T.J. KNAUB and            )
ROXBORO POLICE DEPARTMENT,        )
                                  )
          Defendants.             )
```

## ORDER

This matter is before this court for review of the Order and Recommendation ("Recommendation") filed on June 16, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 43.) In the Recommendation, the Magistrate Judge finds that Defendant Knaub's Motion for Partial Judgment on the Pleadings, (Doc. 37), should be granted. The Recommendation was served on the parties in this action on June 16, 2025. (Doc. 44.) Plaintiff timely filed objections, (Doc. 45), and Defendant Knaub responded in opposition to Plaintiff's objections, (Doc. 46). Plaintiff has now filed a pleading entitled "Plaintiff's Response to Defendant's Response to Plaintiff's Objections." (Doc. 47.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified

proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 43), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant Knaub's Motion for Partial Judgment on the Pleadings, (Doc. 37), is **GRANTED** and Plaintiff's claim against Defendant Knaub in his official capacity is **DISMISSED.**

This the 4th day of August, 2025.

/s/ William L. Osteen, Jr.
United States District Judge